# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SK FOODS, L.P., a California limited Partnership, et al.,<br><br>　　　　　　Debtors,<br><br>BRADLEY D. SHARP, Chapter 11 Trustee,<br><br>　　　　Plaintiff,<br>vs.<br><br>SCOTT SALYER, *et al.*<br><br>　　　　Defendants. | Case No.  2:13-000522-LKK<br><br>Bk Case No. 09-29162-D-11<br><br>Adv. Proc. No. 09-02543<br><br>**ORDER GRANTING EXTENSION TO FILE APPELLANT'S OPENING BRIEF** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

BASED ON the Appellant's, CSSS, L.P. ("Appellant"), Motion for an Extension to File Its Opening Brief, and for good cause now appearing **IT IS NOW ORDERED** the Appellant's motion is granted.

Appellant shall have until July 17, 2013 to file its opening brief and excerpts of the record so that the February 13, 2013 transcript bearing docket number 617 may be included.

Or, in the alternative, Appellant shall have until July 1, 2013 to file its opening brief and excerpts of the record and may include an undocketed copy of the February 13, 2013 transcript.

**IT IS SO ORDERED** this 2nd day of July, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT